# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CHRISTOPHER HOWARD THOMAS,

    Plaintiff,

v.                                              Case No. 6:14-cv-1427-Orl-37KRS

CHAD GOODLING,

    Defendant.

## ORDER

This cause is before the Court on Defendant's Notice of Conflict (Doc. 24), filed March 30, 2016.

Due to defense counsel's ("**Counsel**") failure to appear at a previously scheduled final pretrial conference ("**PTC**") on March 17, 2016 (*see* Doc. 20), the Court rescheduled the PTC for April 21, 2016 ("**April PTC**") (Doc. 23). Defense counsel has now notified the Court of a conflict between the April PTC and a four-day trial before Judge Paul G. Byron, which is set for a date certain commencing Tuesday, April 19, 2016. (Doc. 24.) As such, Defendant requests that the Court continue the April PTC. (*Id.*)

The Court has already continued the PTC in this action and declines to do so again. While Counsel is currently the only attorney of record for Defendant Chad Goodling—a police officer employed by the City of Orlando ("**City**")—the City has numerous attorneys at its disposal, who can competently represent Officer Goodling. Given the relatively straightforward nature of the instant action and the lack of motion practice, the Court is confident that another City attorney can be brought up to speed in time to appear for the PTC.

Accordingly, Defendant's request for a continuance is **DENIED**. Defendant is **DIRECTED** to have another City attorney enter a notice of appearance and attend the PTC as scheduled. Such attorney should be fully authorized to proceed on behalf of Defendant through trial if necessary.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 30, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Mayanne Downs, City Attorney